IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, as Trustee for the Benefit of Alternative Loan Trust 2007-J1, Mortgage Pass-Through Certificates, Series 2007-J1,<br><br>        Plaintiff,<br><br>  vs.<br><br>ERNESTO S. NAVARRO; MARIA A. NAVARRO; JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20; AND DOE GOVERNMENTAL UNITS 1-20 ,<br><br>        Defendants. | CV 12-00292 SOM-BMK<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 07, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Plaintiff's Motion to Remand Be Granted" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 24, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

The Bank of New York Mellon v. Ernesto S. Navarro ,et al.; CV 12-00292 SOM-BMK
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION